■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS FOSTER, Appellant. [788 NYS2d 899]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered January 8, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Guise*, 278 AD2d 831, 832 [2000], *lv denied* 96 NY2d 759 [2001]). Present—Green, J.P., Scudder, Martoche, Smith and Lawton, JJ.